FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2019

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEAU BALES and TRONG DANG,<br><br>                 Plaintiffs,<br><br>   v.<br><br>AECOM N&E TECHNICAL SERVICES, LLC, a Foreign Limited Liability Company; URS FEDERAL SERVICES, a Foreign Corporation; WASHINGTON RIVER PROTECTION SOLUTIONS, LLC, a Foreign Limited Liability Company,<br><br>                 Defendants. | No.   4:18-CV-05156-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

      **IT IS HEREBY ORDERED**: Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, the parties' proposed Protective Order, **ECF No. 18-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

      **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

      **DATED** this 25th day of January 2019.

                      _____
                      SALVADOR MENDOZA, JR.
                      United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER **-** 1