FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEAU BALES and TRONG DANG, <br><br> Plaintiffs, <br><br> v. <br><br> AECOM N&E TECHNICAL SERVICES, LLC, a Foreign Limited Liability Company; URS FEDERAL SERVICES, a Foreign Corporation; WASHINGTON RIVER PROTECTION SOLUTIONS, LLC, a Foreign Limited Liability Company, <br><br> Defendants. | No.   4:18-cv-05156-SMJ <br><br> **ORDER DISMISSING CASE** |

On July 8, 2019, the parties filed a Stipulation and Order of Dismissal, ECF No. 29. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and Order of Dismissal, **ECF No. 29**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE **-** 1

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of July 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge